THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LINGLE, Appellant.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 34 AD3d 287.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEHE-MIAH NASH, Appellant.

Submitted July 9, 2007; decided September 6, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. NEWTON JR., Appellant.

Submitted July 2, 2007; decided September 6, 2007

Reported below, 30 AD3d 896.

Motion for assignment of counsel granted and Mitch Kessler, Esq., 63 Pike Creek Drive, Cohoes, New York 12047 assigned as counsel to the appellant on the appeal herein.